ALONZO RAVSHAWN PERKINS #T-42061
Name and Prisoner/Booking Number

CALIFORNIA STATE PRISON—SACRAMENTO
Place of Confinement

P.O. BOX - 290066
Mailing Address

REPRESA, CA 95671
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

| |
|---|
| **FILED** |
| **Mar 24, 2022** |
| CLERK, U.S. DISTRICT COURT |
| EASTERN DISTRICT OF CALIFORNIA |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

_____ ,
(Full Name of Plaintiff)             Plaintiff,

v.

(1) C. KENNEDY, CMF CORRECTIONAL OFFICER,
(Full Name of Defendant)

(2) J. DELUCCHI, CMF CORRECTIONAL OFFICER,

(3) J. FLESHMAN, CMF CORRECTIONAL SERGEANT,

(4) D. CUEVA, CMF WARDEN
                          Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** 2:22-cv-539-AC (PC)
(To be supplied by the Clerk)

DEMAND FOR JURY TRIAL

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: CALIFORNIA MEDICAL FACILITY (CMF)            .

## B. DEFENDANTS

1. Name of first Defendant: C. KENNEDY                    . The first Defendant is employed as:
CORRECTIONAL OFFICER              at CALIFORNIA MEDICAL FACILITY .
   (Position and Title)                                    (Institution)

2. Name of second Defendant: J. DELUCCHI              . The second Defendant is employed as:
CORRECTIONAL OFFICER              at CALIFORNIA MEDICAL FACILITY .
   (Position and Title)                                    (Institution)

3. Name of third Defendant: J. FLESHMANS                . The third Defendant is employed as:
CORRECTIONAL SERGEANT             at CALIFORNIA MEDICAL FACILITY .
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: D. CUEVA                    . The fourth Defendant is employed as:
WARDEN                            at CALIFORNIA MEDICAL FACILITY .
   (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☒ Yes        ☐ No

2. If yes, how many lawsuits have you filed?  1  . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: PERKINS                    v. MARTINEZ
      2. Court and case number: 1:18-CV-00501-SAB (PC)
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ALL PARTIES
      AGREED TO DROP IT

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: EIGHTH AMENDMENT AND FOURTEENTH AMENDMENT.

2.  **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☒ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    ON 3-1-21, DURING SECOND WATCH I WAS EXPERIENCING A BOUT OF DEPRESSION - I ASK C/O KENNEDY MULTIPLE TIMES, PLEASE CONTACT MY CLINICIAN OR ANY CLINICIANS - AFTER THE FOURTH TIME OF ASKING C/O KENNEDY, I SAID, "I'M NOT TRYING TO CUT ON MYSELF BEFORE I GET HELP." C/O KENNEDY REPLIED, "IF YOU'RE CUTTING ON YOURSELF". I TOLD HIM, "THAT'S NOT WHAT I SAID" C/O KENNEDY WALKED AWAY AND RETURNED A FEW MINUTES LATER WITH C/O DELUCCHI AND SERGEA-1ST FLESHMAN, WITHOUT WARNING SERGEANT FLESHMAN OPENED UP MY FOOD PORT ALLOWING C/O KENNEDY TO UNLEASH A WHOLE CAN OF PEPPER SPRAY ON ME. AFTER PEPPER SPRAYING ME SERGEANT FLESHMAN KEYED OPEN MY DOOR WITH THE INTENT OF RUNNING IN MY CELL, ONCE THE CELL DOOR CAME OPEN, I RAN OUT ONTO THE TIER AND FELL TO THE FLOOR AND CURLED UP - C/O KENNEDY, C/O DELUCCHI, AND SERGEANT FLESHMAN ALL START BEATEN ME WHILE THEY WERE PUNCHING ME IN MY FACE - C/O KENNEDY AND SERGEANT FLESHMAN EVEN WHILE I WAS IN RESTRAINTS THEY KEPT STRIKING ME IN MY FACE WHILE SAYING, BOTH C/O KENNEDY AND SERGEANT FLESHMAN, THINK TWICE NEXT TIME BEFORE FILING COMPLAINTS AGAINST OUR WARDEN.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    BRUISED AND SWOLLEN FACE CONSTANT PAIN IN LEFT JAW, PTSD, NIGHTMARES, PARA-NOIA.

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
    c.  Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

3

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: _____
    _____

2.  **Claim II.** Identify the issue involved.  Check **only one.**  State additional issues in separate claims.
    ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim II?      ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?      ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
        _____

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
   _____.

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _____
   _____
   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

DEMAND FOR A JURY TRIAL, TO BE COMPENSATED FOR MY INJURIES, PAIN AND SUFFER-ING PSYCHOLOGICAL AND EMOTIONAL AND FOREVER TRAMATIZE .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3 - 23 - 22___
                    DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.