UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO RAYSHAWN PERKINS,<br><br>Plaintiff,<br><br>v.<br><br>C. KENNEDY, et al.,<br><br>Defendants. | No. 2:22-cv-0539 AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed February 10, 2023, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 17. The settlement conference took place on July 27, 2023, and the case did not settle. ECF No. 23.

Accordingly, IT IS HEREBY ORDERED that:

1. The ADR stay of this action, commencing February 10, 2023 (ECF No. 17), is LIFTED.

2. Within twenty-one days of the filing of this order, defendants shall file a response to the complaint.

DATED: July 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE