IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALONZO RAYSHAWN PERKINS,** | Case No. 2:22-cv-0539 AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **C. KENNEDY, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' Motion for a fourteen-day extension of time to file a responsive pleading (ECF No. 25) is granted. Defendants shall file a responsive pleading no later than September 1, 2023. No other deadlines are affected by this order.

IT IS SO ORDERED.

DATED: August 21, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE