IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO RAYSHAWN PERKINS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>C. KENNEDY, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:22-cv-0539 AC P<br><br>[PROPOSED] ORDER |

　　Good cause appearing, Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 29) is granted. Defendants are granted a forty-five-day extension of time to take Plaintiff's deposition, file any motion to compel, and file pretrial motions. Defendants shall depose Plaintiff and file any motions to compel by February 19, 2024, and all parties will have until May 13, 2024, to file any pretrial motions. No other deadlines are affected by this order.

　　IT IS SO ORDERED.

DATED: January 8, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE