IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALONZO RAYSHAWN PERKINS,** | Case No. 2:22-cv-0539 AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **C. KENNEDY, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 31) is GRANTED.  Defendants are granted a thirty-day extension of time to take Plaintiff's deposition and file any motion to compel.  Defendants shall depose Plaintiff and file any motions to compel by March 21, 2024.  No other deadlines are affected by this order.

**IT IS SO ORDERED.**

DATED: February 28, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE