UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO RAYSHAWN PERKINS, Plaintiff, v. C. KENNEDY, et al., Defendants. | No. 2:22-cv-0539 AC P<br>ORDER |

Plaintiff is a state prisoner proceeding pro se. Currently before the court is defendants' motion to compel and to modify the discovery and scheduling order. ECF No. 33.

Defendants have moved to modify the scheduling order in light of their motion to compel plaintiff to participate in his deposition, which they state he refused to attend without any explanation. ECF No. 33-1 at 3-4. They seek to extend the deadlines for discovery and dispositive motions to forty-five and ninety days, respectively, after an order on their motion to compel. Id. The request to extend the discovery deadline will be denied as unnecessary. In the event the court grants defendants' motion to compel, the court will set deadlines for completing plaintiff's deposition and filing any necessary motions for sanctions. The request to extend the deadline for dispositive motions will be granted to the extent that the dispositive motions deadline will be vacated and re-set as needed upon resolution of the discovery dispute.

The court notes that the file reflects that a recent order sent to plaintiff's address of record

was returned by the postal service with a notation that delivery had been refused.[1] Plaintiff is informed that all court orders will be served on him at his address of record and that acceptance of those orders will be necessary to prosecution of the instant action. Plaintiff is further informed that further refusal to accept delivery of court orders will result in a recommendation that this action be dismissed. See L.R. 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the discovery and scheduling order (ECF No. 33) is GRANTED to the extent the deadline for filing dispositive motions is VACATED and will be re-set, as necessary, upon resolution of the pending motion to compel. The motion to modify is otherwise DENIED for the reasons set forth above.

2. Plaintiff shall respond to defendants' motion to compel (ECF No. 33) within twenty-one days of the service of this order. Failure to respond will be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions or a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). See L.R. 230(l).

DATED: March 22, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The California Department of Corrections and Rehabilitation's inmate records website indicates that plaintiff is still housed at California State Prison-Sacramento.