1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALNOZO RAYSHAWN PERKINS,              No.  2:22-cv-0539 AC P

12             Plaintiff,

13        v.                              ORDER

14   C. KENNEDY, et al.,

15             Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18   U.S.C. § 1983.  Currently before the court is defendants' motion to compel plaintiff's deposition

19   (ECF No. 33), which plaintiff opposes (ECF No. 35).

20        I.      Defendants' Motion to Compel

21        Defendants allege that plaintiff's deposition was originally set for March 20, 2024, and

22   was properly noticed.  ECF No. 33 at 2.  However, on the day of plaintiff's deposition, he refused

23   to attend.  Id.  Plaintiff has opposed the motion and, without any elaboration, states that he

24   "should not be compelled to attend and/or answer the questions that the defendants are trying to

25   ask in regards to [his] central file."  ECF No. 35.

26        Having initiated this lawsuit, plaintiff may not refuse to participate in discovery.  Plaintiff

27   has not offered any legitimate reason why he should not be required to submit to a deposition as

28   provided by the Federal Rules of Civil Procedure, and the motion to compel will be granted.

                                          1

Defendants will be given another opportunity to depose plaintiff and plaintiff must participate fully in the deposition.  Plaintiff is warned that if he fails to participate in the deposition, it will result in sanctions that may include defendants' reasonable expenses and may range from exclusion of evidence all the way up to dismissal of the case, depending upon the degree of non-compliance.  <u>See</u> Fed. R. Civ. P. 37(d)(3) (outlining potential sanctions for failing to attend deposition).

Accordingly, IT IS HEREBY ORDERED that:

1.   Defendants' motion to compel plaintiff's deposition (ECF No. 33) is GRANTED.

2.   Within forty-five days of the service of this order, defendants may take plaintiff's deposition, either in person or by videoconference.  Defendants shall serve all parties with the notice required by Federal Rule of Civil Procedure 30(b)(1) at least fourteen days before such a deposition.

3.   If plaintiff refuses to participate in his deposition, defendants may bring a motion for sanctions within fourteen days of being advised of plaintiff's refusal.

4.   Dispositive motions are due by August 30, 2024.

DATED: May 28, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2