1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALONZO RAYSHAWN PERKINS,                    No.  2:22-cv-0539 AC P

12              Plaintiff,

13         v.                                     ORDER

14    C. KENNEDY, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se.  By order filed January 28, 2025, the

18    undersigned extended pretrial deadlines after the pretrial settlement conference was vacated due

19    to plaintiff's transfer to the custody of the Los Angeles County Sheriff's Department, which was

20    unable to facilitate plaintiff's appearance at a settlement conference.  ECF No. 48.  Plaintiff has

21    now returned to the custody of the California Department of Corrections and Rehabilitation and

22    the settlement conference has been rescheduled for June 24, 2025.  ECF No. 49.  Pretrial

23    deadlines will therefore be extended, and the pretrial conference and trial will be continued.

24         Accordingly, IT IS HEREBY ORDERED that:

25         1.   The deadline to serve expert disclosures is extended to July 24, 2025.  The deadline

26    for the completion of all expert discovery is thirty days thereafter.

27         2.   The pretrial conference scheduled for July 30, 2025, is continued to October 1, 2025,

28    at 10:00 a.m. before Magistrate Judge Allison Claire.  The pretrial conference shall be conducted

1

1   by remote means, with all parties appearing by Zoom video conference.  A hearing to make an

2   individualized determination regarding the need for plaintiff to be shackled before the jury will be

3   held during the pretrial conference.  See Claiborne v. Blauser, 934 F.3d 885 (9th Cir. 2019).

4   Witness lists for this hearing shall be included in the parties' pretrial statements.

5          3.   Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain

6   the attendance of incarcerated witnesses at trial on or before September 10, 2025.  Defendants

7   shall file their pretrial statement on or before September 24, 2025.  The parties are advised that

8   failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of

9   this action.

10          4.   The trial scheduled to begin September 22, 2025, is continued to December 15, 2025,

11   at 9:00 a.m. in Courtroom 26.

12   DATED: March 19, 2025

13                                          _____
                                            ALLISON CLAIRE
14                                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2